**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00270-CR

### JOSE ALEX JUAREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-76766-R

## ORDER

Before the Court is appellant's September 16, 2019 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief received that same day filed as of the date of this order.

/s/ BILL PEDERSEN, III
   JUSTICE